IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

FARMERS INSURANCE EXCHANGE *et al.*                    PLAINTIFFS

v.                         CASE NO. 4:23-CV-00362-BSM

GINGER MCFADDEN *et al.*                                DEFENDANTS

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 24th day of October, 2024.

_____
UNITED STATES DISTRICT JUDGE